GARY HARRE, CBN# 86938
3024 E. ANAHEIM ST.
LONG BEACH, CA 90804
TELEPHONE: (562) 200-4701
EMAIL: MNAPAUL1@GMAIL.COM

Attorney for Debtor: Milton Quach

FILED
SEP 15 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In Re:

MILTON QUACH

Debtor

Chapter 11 Case # 8:10-bk-22386-TA

**NO HEARING REQUIRED**

## APPLICATION TO EMPLOY GARY HARRE, ESQ. AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION

Milton Quach the Debtor and Debtor-in-Possession ("Debtor") in this bankruptcy case, files this application for authorization to employ Gary Harre, Esq. ("Counsel") as general bankruptcy counsel as follows:

1. This case was filed as a voluntary Chapter 11 case on September 1, 2010.
2. The Debtor has determined that he needs to employ general bankruptcy counsel in this case.
3. Counsel has agreed to represent the Debtor on an hourly fee basis pursuant to a fee agreement for legal services entered into by and between the Debtor and

counsel, described more fully in the Declaration of Gary Harre, filed and served herewith ("Harre Declaration").

4. As set forth in the Harre Declaration, Counsel has determined that there are no relationships, associations, connections or conflicts of interest that exist with regard to counsel that would preclude the representation of the Debtor as counsel in this case.

5. Counsel is not aware of any conflict, or other association, relationship or connections between Counsel and the Debtor, any creditors of the Debtor, any other parties in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, other than as set forth herein and in the Harre Declaration.

6. Counsel will serve as general bankruptcy counsel for the Debtor to provide representation in this Chapter 11 case, to advise the Debtor with respect to the legal rights and duties of the estate, and to provide such other services as may be necessary and appropriate pursuant to and in accordance with the provision of the Bankruptcy Code.

7. Counsel shall provide the Debtor with a monthly statement for his review, to enable the Debtor to stay appraised of the status of counsel's activities. All fees are subject to review and approval of the court pursuant to the provision of 11 U.S.C. §§ 327, 328, 330 and 331. The estate will be charged for recoverable costs and expenses as allowed under the Bankruptcy Code, the guidelines established by the court and as set forth in the fee agreement.

8. The debtor believes the employment of counsel is appropriate on the terms and conditions set forth herein.

**WHEREFORE**, Milton Quach, the Chapter 11 Debtor, respectfully requests that the court enter an order authorizing the employment of Gary Harre, Esq. as general bankruptcy counsel for the Debtor in this case on the terms and conditions set forth in this application.

- 1 -

| | |
|---|---|
| Dated: 09/14/2010 | Respectfully Submitted; |
| | *Milton Quach* |
| | Milton Quach |
| | Debtor-In-Possession |