1  Richard J. Bauer, Jr., Esq.
   California Bar No. 147314
2  Mark T. Domeyer, Esq.
   California Bar No. 135008
3  MILES, BAUER, BERGSTROM & WINTERS, LLP
   1231 E. Dyer Road, Suite 100
4  Santa Ana, CA 92705
   (714) 481-9100 / FAX (714) 481-9144
5  File No. 10-03608

6  Attorneys for Secured Creditor,
   U.S BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF
7  HARBORVIEW 2005-16 TRUST FUND

           UNITED STATES BANKRUPTCY COURT
           CENTRAL DISTRICT OF CALIFORNIA
                  SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:10-BK-22386-TA |
| MILTON QUACH DBA EZ ONE REALTY & FUNDING AKA MINH K QUACH, | Chapter 11 |
| Debtor. | **JOINDER IN THE MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 OR DISMISS** |
| U.S BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HARBORVIEW 2005-16 TRUST FUND, | |
| Movant, | **Hearing –** |
| vs. | Date: January 12, 2011<br>Time: 11:00 A.M.<br>Place: U.S. BANKRUPTCY COURT |
| MILTON QUACH DBA EZ ONE REALTY & FUNDING AKA MINH K QUACH, Debtor | 411 West Fourth Street<br>Santa Ana, CA 92701<br>Courtroom 5B |
| Respondents. | |

COMES NOW BAC HOME LOANS SERVICING, LP FKA COUNRTYWIDE HOME LOANS SERVICING LP, servicing agent for U.S BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HARBORVIEW 2005-16 TRUST FUND ("Secured Creditor"), a party in interest and the holder of a first priority secured claim with respect to estate

1

property commonly known as **23942 Warsaw Street, Mission Viejo, CA 92691** ("Warsaw Property"), and respectfully hereby submits the following Joinder in the US Trustee's Motion to Convert to Appoint a Trustee ("Motion") and as additional grounds for the relief requested, the Secured Creditor states as follows:

1. The Objecting Secured Creditor will be filing a Proof of Claim ("Claim") regarding its claim secured by a first priority loan on the Warsaw Property setting forth arrears of $22,004.41 and a total secured claim in the amount of $709,529.19. There are 3 months of pre-petition arrears included in the claim.

2. The Warsaw Property is one of four pieces of real property that appear in the Debtor's Schedules A and D. Debtor filed a Schedule A that indicates that the fair market value of the Warsaw Property is $570,000.00 and that the Secured Creditor's claim is in the amount of $97,500.00, while the amount of the claim is $709,529.19. A true copy of Debtor's Schedule A – Real Property is attached hereto as **Exhibit "1"** and is incorporated herein by this reference. The Secured Creditor respectfully requests that the Court take judicial notice of the contents of Exhibit 2 in accordance with F.R.Evid. 202. A true copy of Debtor's Schedule D – Creditors Holding Secured Claims is attached hereto as **Exhibit "2"** and is incorporated herein by this reference. The Secured Creditor respectfully requests that the Court take judicial notice of the contents of Exhibit 3 in accordance with F.R.Evid. 202.

3. Debtor has not filed a Chapter 11 Statement of Current Monthly Income ("Monthly Income Statement"), however, Debtor's Schedule I identifies aggregate rental income from all the Debtor's real property holdings in the amount of $3,000.00 per month. A true copy of Debtor's Schedule I is attached hereto as **Exhibit "3"** and is incorporated herein by this reference. Secured Creditor respectfully requests that the Court take judicial notice of the contents of Exhibit "3" in accordance with F.R. Evid. 202.

2

4. Debtor's Schedule J identifies aggregate average month expenses from all the Debtor's real property holdings in the amount of $3,290.00 per month, resulting in negative net income of ($290.00) per month. A true copy of Debtor's Schedule J is attached hereto as **Exhibit "4"** and is incorporated herein by this reference. Secured Creditor respectfully requests that the Court take judicial notice of the contents of Exhibit "4" in accordance with F.R. Evid. 202.

5. It is unknown whether the Debtor derives any income from the Warsaw Property. If Debtor is deriving rental income it is not separately disclosed. Secured Creditor has not consented to Debtor's use of any rents from the Warsaw Property.

6. Debtor has made no post petition payments on the Warsaw Property and the loan is in arrears over 7 months.

7. Debtor has not filed a Request for Authorization to use Cash Collateral.

8. Debtor has not filed a disclosure statement or a proposed plan of reorganization.

WHEREFORE, Secured Creditor prays as follows:

(1)    That the Court should convert the Debtor's case in accordance with 11 U.S.C. §§ 521 and 1112(b) or appoint a Chapter 11 Trustee as Debtor is not meeting her duties, including the filing of complete and accurate Schedules and the resulting delay is prejudicial to creditors as it appears that no viable plan of reorganization is in prospect.

///
///
///
///
///
///

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
Main Document    Page 4 of 14

1  (2)	In the alternative, that the Debtor be required to submit all required schedules, operating reports, tax returns or other information requested by the United States Trustee by a date certain or the Debtor's case should be dismissed or converted.

(3)	In the alternative, that the Debtor be required to submit a plan and disclosure statement and set the disclosure statement for hearing by a date certain or the Debtor's case should be dismissed or converted.

(4)	For such other relief as this Court deems proper.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   Dec. 23, 2010	By:   /s/ Mark T. Domeyer
					Richard J. Bauer, Jr., Esq.
					Mark T. Domeyer
					Attorney for Secured Creditor

4

## PROOF OF SERVICE

I, __Sandra Garcia__, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705.

On __12/27/10__, I served the within **JOINDER IN THE MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 OR DISMISS** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Santa Ana, California, addressed as follows:

DEBTOR:
Milton Quach
13021 Monrow St.
Garden Grove, CA 92844

20 LARGEST UNSECURED CREDITORS:
See Attached List

Attorney for U.S. Trustee:
Michael J Hauser
411 W. Fourth St #9041
Santa Ana, CA 92701-4593

ATTORNEY FOR DEBTOR:
Gary L. Harre
3024 E. Anaheim St.
Long Beach, CA 90804
And
1940 W. Orangewood Ave., Ste 110
Orange, CA 92868

U.S. TRUSTEE:
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

I certify that I am employed in the Office of a Member of the Bar at whose direction the Service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __12/27/10__, at Santa Ana, California.

/s/ Sandra Garcia

10-03608/cdmisc.dot/sbs

5

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
                Main Document    Page 6 of 14
Case 8:10-bk-22386-TA    Doc 26-2    Filed 12/03/10    Entered 12/03/10 12:27:29    Desc
                Exhibit D cont.    Page 26 of 33
Case 8:10-bk-22386-TA    Doc 1    Filed 09/01/10    Entered 09/01/10 16:55:50    Desc
                Main Document    Page 48 of 53

B4 (Official Form 4) (01/08)

# UNITED STATES BANKRUPTCY COURT
## Central District of California, Santa Ana Division

In Re: Quach, Milton    Case No.
Debtor    (if known)

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | B of A<br>1825 E. Buckeye Rd.<br>Phoenix, AR 85034 | | | Disputed | $687,500 |
| 2 | Chase<br>201 W. Walnut<br>Wilmington, DE 19801 | | | Disputed | $325,000 |
| 3 | Chase<br>201 W. Walnut<br>Wilmington, DE 19801 | | | Disputed | $253,000 |
| 4 | PNC<br>Box 1820<br>Dayston, OH 95401 | | | Disputed | $138,000 |

000060

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
                         Main Document    Page 7 of 14
Case 8:10-bk-22386-TA    Doc 26-2    Filed 12/03/10    Entered 12/03/10 12:27:29    Desc
                         Exhibit D cont.    Page 27 of 33
Case 8:10-bk-22386-TA    Doc 1    Filed 09/01/10    Entered 09/01/10 16:55:50    Desc
                         Main Document    Page 49 of 53

B4 (Official Form 4) (01/08)

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 5 | Chase<br>201 N. Walnut St.<br>Wilimington, DE 10801 | | | | $15,600 |
| 6 | Bank of America<br>4161 Pipmont PKWAY<br>Greensboro, NC 27410 | | | | $14,000 |
| 7 | Chase<br>201 N. Walnut St.<br>Wilimington, DE 10801 | | | | $7,989 |
| 8 | Chase<br>201 N. Walnut St.<br>Wilmington, DE 10801 | | | | $5,588 |
| 9 | Allied Int. Credit<br>100 E. Shore Dr.3 FL<br>Glen Allen, VA 23059 | | | | $5,500 |
| 10 | PNC<br>National City Parkway<br>Kalamazoo, MI 49009 | | | | $4,268 |
| 11 | HSBC Bank<br>Box 98706<br>Las Vegas, NE 89193 | | | | $3,000 |
| 12 | Sears<br>Box 6282<br>Sippy Falls, SD 57117 | | | | $350 |

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
                         Main Document    Page 8 of 14
Case 8:10-bk-22386-TA    Doc 26-2    Filed 12/03/10    Entered 12/03/10 12:27:29    Desc
                         Exhibit D cont.    Page 28 of 33
Case 8:10-bk-22386-TA    Doc 1    Filed 09/01/10    Entered 09/01/10 16:55:50    Desc
                         Main Document    Page 50 of 53

B4 (Official Form 4) (01/08)

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 13 | Sears<br>Box 6282<br>Sippy Falls, SD 57117 | | | | $350 |
| 14 | Wells Fargo Bank<br>PO Box 14411<br>Des Moines, IA 50306 | | | Disputed | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

000062

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
                Main Document    Page 9 of 14
Case 8:10-bk-22386-TA    Doc 26-1    Filed 12/03/10    Entered 12/03/10 12:27:29    Desc
             Exhibit A    B    C    D in part    Page 26 of 38
Case 8:10-bk-22386-TA    Doc 1    Filed 09/01/10    Entered 09/01/10 16:55:50    Desc
                Main Document    Page 10 of 53

Official Form 6A (12/07)

In Re: _____Quach, Milton_____          Case No. _____
                    **Debtor**                                          (if known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property"

Do not include interests in executory contracts and unexpired leases on this schedule. List them In Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 13021 Monroe St. Garden Grove, CA 92804 | Fee simple | | $500,000 | $78,000 |
| 23902 Warsaw ST, Mission Viejo, CA 92691 | Fee simple | | $570,000 | $97,500 |
| 2226 W. Ave. K12 Lancaster, CA 93536 | Fee simple | | 125,000 | 0 |
| 6221 Mahogany Ave. Westminster, CA 92683 | Fee simple | | 600,000 | 0 |
| | | Total | $1,795,000.00 | |

000022

**EXHIBIT 1**

6

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
              Main Document    Page 10 of 14
Case 8:10-bk-22386-TA    Doc 26-1    Filed 12/03/10    Entered 12/03/10 12:27:29    Desc
              Exhibit A   B   C   D in part    Page 33 of 38
Case 8:10-bk-22386-TA    Doc 1    Filed 09/01/10    Entered 09/01/10 16:55:50    Desc
              Main Document    Page 17 of 53

Official Form 6D (12/07)

In Re:   _____Quach, Milton_____     Case No.   _____
                    Debtor                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 7355<br><br>MB Financial<br>27777 Iwater Rd.<br>Farmington Hills | | | 2007 Purchase Money<br>2007 Mercedes Benz - E350<br><br><br>VALUE $   20000 | | | | 26899 | 6899 |
| Account Number: 8647<br><br>Toyota Financial Services<br>PO Box 60114<br>City of Industry, CA 91716 | | | 2008 Purchase Finance<br>2008 Toyota Camry<br><br><br>VALUE $   15,000.00 | | | | 2000 | |
| Account Number:<br><br><br><br> | | | <br><br><br><br>VALUE $ | | | | | |

|  | Subtotal (Total of this page) | $28,899.00 | $6,899.00 |
|---|---|---|---|
|  | Total (Use only on last page) | $28,899.00 | $6,899.00 |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

__0__  continuation sheets attached

000029

**EXHIBIT 2**

7

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
              Main Document      Page 11 of 14
Case 8:10-bk-22386-TA    Doc 26-2    Filed 12/03/10    Entered 12/03/10 12:27:29    Desc
                Exhibit D cont.    Page 3 of 33
Case 8:10-bk-22386-TA    Doc 1    Filed 09/01/10    Entered 09/01/10 16:55:50    Desc
              Main Document      Page 25 of 53

Official Form 6I (12/07)

In Re: _____Quach, Milton_____         Case No. _____
         Debtor                                    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | R.E. Broker | |
| Name of Employer | EZ One Realty & Funding | |
| How Long Employed | 2 Years | |
| Address of Employer | 9938 Bolsa Ave #217<br>Westminster, CA 92683 | |

Income: (Estimate of average monthly income)

| | | | | |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 1,000 | $ | |
| 2 Estimated monthly overtime | $ | | $ | |
| 3 SUBTOTAL | $ | 1,000.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a Payroll taxes and social security | $ | N/A | $ | |
| b. Insurance | $ | N/A | $ | |
| c Union dues | $ | N/A | $ | |
| d. Other (Specify): | $ | N/A | $ | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,000.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or firm (Attach detailed statement) | $ | 0 | $ | |
| 8. Income from real property | $ | 3000 | $ | |
| 9 Interest and dividends | $ | 0 | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0 | $ | |
| 11 Social security or other government assistance (Specify) | $ | 0 | $ | |
| 12. Pension or retirement income | $ | 0 | $ | |
| 13. Other monthly income Specify: | $ | 0 | $ | |
| 14 SUBTOTAL OF LINES 7 THROUGH 13 | $ | 3,000.00 | $ | 0.00 |
| 15 TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 4,000.00 | $ | 0.00 |
| 16 TOTAL COMBINED MONTHLY INCOME  $ 4,000.00 | | | | |

17 Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.

000037

**EXHIBIT 3**

8

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
                         Main Document    Page 12 of 14
Case 8:10-bk-22386-TA    Doc 26-2    Filed 12/03/10    Entered 12/03/10 12:27:29    Desc
                         Exhibit D cont.    Page 4 of 33
Case 8:10-bk-22386-TA    Doc 1    Filed 09/01/10    Entered 09/01/10 16:55:50    Desc
                         Main Document    Page 26 of 53

Official Form 6J (12/07)

In Re: _____Quach, Milton_____    Case No. _____
                    Debtor                                (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ - |
| a. Are real estate taxes included?    ☐ Yes   ☒ No | |
| b. Is property insurance included?    ☐ Yes   ☒ No | |
| 2. Utilities. a. Electricity and heating fuel | $ 60 |
| b. Water and sewer | $ 150 |
| c. Telephone | $ 70 |
| d. Other Cell Phone | $ 100 |
| 3. Home maintenance (repairs and upkeep) | $ 600 |
| 4. Food | $ 400 |
| 5. Clothing | $ 150 |
| 6. Laundry and dry cleaning | $ 100 |
| 7. Medical and dental expenses | $ 250 |
| 8. Transportation (not including car payments) | $ 200 |
| 9. Recreation, clubs and entertainment, newspapers, magazines | $ 50 |
| 10. Charitable contributions | $ 0 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renters | $ 0 |
| b. Life | $ 0 |
| c. Health | $ 100 |
| d. Auto | $ 0 |
| e. Other | $ 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $ 0 |
| Specify | |
| 13. Installment payments: (In chapter 11, 12 or 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ |
| b. Other | $ N/A |
| c. Other | $ N/A |
| 14. Alimony, maintenance, and support paid to others | $ 0 |
| 15. Payments for support of additional dependents not living at your home | $ N/A |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ N/A |
| 17. Other | $ 0 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17) | $ 2,230.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 4,000.00 |
| b. Average monthly expenses from Line 18 above | $ 2,230.00 |
| c. Monthly net income (a. minus b.) | $ 1,770.00 |

000038

**EXHIBIT 4**

9

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
                         Main Document    Page 13 of 14
Case 8:10-bk-22386-TA    Doc 26-2    Filed 12/03/10    Entered 12/03/10 12:27:29    Desc
                         Exhibit D cont.    Page 5 of 33
Case 8:10-bk-22386-TA    Doc 1    Filed 09/01/10    Entered 09/01/10 16:55:50    Desc
                         Main Document    Page 27 of 53

| In Re: | Quach, Milton | Case No. | |
|---|---|---|---|
| | Debtor | | (if known) |

## ADDENDUM (BUSINESS EXPENDITURES)

| | | |
|---|---|---|
| Rent or mortgage | $ | 1,300.00 |
| Office Expenses | | |
|     Administration | $ | |
|     Supplies | $ | 100.00 |
|     Materials | $ | |
| Utilities | | |
|     Gas and Electric | $ | 110.00 |
|     Water and Sewer | $ | 125.00 |
|     Phone | $ | 90.00 |
|     Other | $ | |
| Wages | $ | |
| Employee benefits | $ | |
| Travel and meals | $ | |
| Car/Truck Expenses | | |
|     Installment Payments | $ | |
|     Licenses | $ | |
|     Gas | $ | |
|     Oil, Repairs, Maintenance | $ | |
|     Insurance | $ | |
|     Other | $ | |
| Insurance | $ | 425.00 |
|     Specify: | | |
| Installment Payments | $ | |
|     Specify: | | |
| Taxes | $ | 100.00 |
|     Specify: Business Sale Tax | | |
| Licenses and Fees | $ | 740.00 |
| Legal and Professional Services | $ | |
| Trade Publications and Subscriptions | $ | |
| Other Expenses | $ | 300.00 |
|     Specify: Advertisement | | |
| Total | $ | 3,290.00 |

000039

**EXHIBIT 4**

10

Case 8:10-bk-22386-TA    Doc 36    Filed 12/27/10    Entered 12/27/10 12:18:59    Desc
                         Main Document    Page 14 of 14
Case 8:10-bk-22386-TA    Doc 26-2    Filed 12/03/10    Entered 12/03/10 12:27:29    Desc
                         Exhibit D cont.    Page 6 of 33
Case 8:10-bk-22386-TA    Doc 1    Filed 09/01/10    Entered 09/01/10 16:55:50    Desc
                         Main Document    Page 28 of 53

In Re: _____Quach, Milton_____    Case No. _____
              Debtor                                (if known)

## DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

08/30/2010                                    /s/ Milton Quach
_____                            _____
Date                                          Milton Quach

_____                            _____
Date                                          Signature of Joint Debtor

* * * * * *

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____
_____
Address

X _____    _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.    11 U.S.C § 110; 18 U.S.C § 156.*

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _____ named as debtor in this case, declare under penalty of perjury
that I have read the foregoing summary of schedules, consisting of ___ sheets (total shown on summary
page plus 1), and that the are true and correct to the best of my knowledge, information, and belief.

_____    _____
Date                                          Signature of Authorized Individual

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. § 152 and 3571.

000040

**EXHIBIT 4**

11