1  ERIC J TESTAN (CA SBN 268919)
   PITE DUNCAN, LLP
2  4375 Jutland Drive, Suite 200
   P.O. Box 17933
3  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
4  Facsimile:  (619) 590-1385

5  ATTORNEYS FOR PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
   ASSOCIATION
6

7                **UNITED STATES BANKRUPTCY COURT**

8         **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

9

10  In re:                                  Case No. 8:10-bk-22386-TA

11  Milton Quach, Debtor                    Chapter  11

12                                          **RESPONSE TO DEBTOR'S
                                            OBJECTION TO PROOF OF CLAIM
13                                          #10 OF PNC**

14                                          **Hearing**:
                                            Date:  January 12, 2011
15                                          Time:   10:00 AM
                                            Crtm:    5B
16
                                            411 West Fourth Street
17                                          Santa Ana, CA 92701

18
        PNC Mortgage, a division of PNC Bank, National Association ("Secured Creditor"), secured
19
   creditor in the above-entitled Bankruptcy proceeding, hereby submits the following response to
20
   Milton Quach's aka Minh K Quach ("Debtor") Objection to Claims of PNC Mortgage, a Division of
21
   PNB Bank, N.A. ("Objection").
22

23  /././

24  /././

25  /././

26  /././

27

28  /././

- 1 -

**I.**

**STATEMENT OF FACTS**

1.       On or about February 10, 2003, Debtor executed a promissory note ("Note") payable to National City Mortgage Co dba Commonwealth United Mortgage Company (hereinafter "National City Mortgage Co").

2.       The indebtedness evidenced by the Note is secured by a Deed of Trust (the "Deed of Trust") executed and recorded in Los Angeles County and which encumbers the real property located at 2226 W Ave K12, Lancaster, California 91304 (the "Property").

3.   On October 1, 2008, the National City Mortgage Co.was merged with and into National City Bank. *See Debtor's Request for Judicial Notice Exhibit 3;* **Exhibit A**.

4.   At the close of business on November 6, 2009, National City Bank merged with an into PNC Bank, National Association. **Exhibit B.**

5.   The Business Entity Detail of National City Mortgage Co. from California Secretary of State Debra Bowen's website. *See Debtor's Request for Judicial Notice, Exhibit 4*; **Exhibit C.**

6.       The Business Search and Field Descriptions and Status Definitions for the California Secretary of State Debra Bowen's website. **Exhibit D.**

**II.**

**ARGUMENT**

**A. <u>THE DEBTOR'S OBJECTION MUST BE OVERRULED BECAUSE THE DEBTOR HAS FAILED TO OVERCOME THE PRIMA FACIE EVIDENCE OF THE VALIDITY OF SECURED CREDITOR'S PROOF OF CLAIM</u>**

**1. Legal Standard**

A Proof of Claim executed and filed constitutes *prima facie* evidence of the validity and amount of the claim. Federal Rule of Bankruptcy Procedure 3001(f); In re Holm, 931 F.2d 620, 623 (9th Cir. 1991) quoting 3 Lawrence P. King, Collier on Bankruptcy, Case Section 502.02, at 502-22

1  (15th ed. 1991).  If a Debtor chooses to object to a Proof of Claim, the Debtor is required "to produce

2  evidence sufficient to negate the prima facie validity of the filed claim….*which, if believed,* would

3  refute at least one of the allegations that is essential to the claim's legal sufficiency.' In re Allegheny

4  Int'l, Inc., 954 F.2d 167, 173-74 (3d Cir.1992) (emphasis added); In re Holm, 931 F.2d at 623."

5  Lundell v. Anchor Const. Specialists, Inc., 223 F.3d 1035, 1040 (9th Cir.2000). If the objector

6  produces evidence sufficient to negate the validity of the claim, the ultimate burden of persuasion

7  remains on the claimant to demonstrate by a preponderance of evidence that the claim deserves to

8  share in the distribution of the debtor's assets. *In re* Allegheny Intern, Inc., 954 F.2d at 174; *Holm*,

9  931 F.2d at 623.

10

11  In the present case, the Debtor main argument is the Secured Creditor lacked standing to file

12  a Proof of Claim against the Debtor's bankruptcy estate. Accordingly, Secured Creditor presumes

13  that the Debtor has no objection to the amount or extent of its claim and will only address its

14  standing to file the instant Proof of Claim against the Debtor's bankruptcy estate.

15

16  **2. The Creditor has Standing to file a proof of claim**

17  The Debtor alleges the Secured Creditor does not have the required standing to file a Proof of

18  Claim. Constitutional standing requires an injury to be fairly traceable to the defendant's allegedly

19  unlawful conduct and likely to be redressed by the requested relief. United Food & Commercial

20  Workers Union Local 751 v. Brown Group, Inc., 517 U.S. 544, 551 (1996). To have standing the

21  Secured Creditor must be a holder of the Note.

22

23  In this case, the Secured Creditor is a holder of the Note because National City Mortgage Co

24  is now the Secured Creditor as the result of two separate mergers. The Debtor's evidence shows,

25  National City Mortgage Co. was acquired by National City Bank. *See Debtor's Request for Judicial

26  Notice Exhibit 3;* **Exhibit C**. Then National City Bank was merged with and into PNC Bank,

27  National Association. **Exhibit B**. Therefore, National City Mortgage Co is the Secured Creditor thus

28

1    making the Note payable to the Secured Creditor. As a result, the Secured Creditor has standing to

2    file the Proof of Claim and the Debtor's Motion should be denied.

3    **3. The Debtor's fraudulent assignment argument has no merit**

4       The Debtor alleges that National City Mortgage Co did not exist after 1997 because of the

5    Exhibit 4 in its Request for Judicial Notice. **Exhibit C.** The Debtor argues that since the Exhibit 4

6    states, "Date filed - 1/9/1997" and "Status – Surrender", National City Mortgage Co did not exist

7

8    past January 9, 1997. However, the Debtor failed to attach the field and status descriptions of the

9    document which proves the Debtor's argument is the result of a misreading of the Exhibit. **Exhibit

10   D.** The definitions show that 'date filed' relates to the formation of a California entity and that

11   'surrender status" means the entity surrendered its right to transact business in California. Therefore,

12   National City Mortgage Co. was an entity past 1997 proving the Debtor's argument has no merit.

13   Accordingly, the Debtor's Motion must be denied.

14

15   /././

16   /././

17   /././

18   /././

19   /././

20   /././

21   /././

22   /././

23   /././

24   /././

25   /././

26   /././

27   /././

28

**Conclusion**

The Debtor has not provided sufficient evidence to overcome the prima facie evidence of the

Secured Creditor's claim. The Debtor's main allegation was that the Secured Creditor did not have

standing to file a proof of claim. However, it's clear that National City Mortgage Co. merged into

National City Bank and then National City Bank merged into the Secured Creditor. Therefore, it is

respectfully requested that Debtor's Objection to Proof of Claim be denied.

WHEREFORE, Secured Creditor prays as follows:

1.  The Debtor's Objection be overruled;

2.  For Secured Creditor's reasonable attorneys' fees and costs incurred in connection with

    the instant Response; and

3.  For such other relief as this Court deems proper.


Respectfully submitted,


PITE DUNCAN, LLP


Dated: December 29, 2010                    By: /s/  Eric J Testan (CA SBN 268919)
                                            ERIC J. TESTAN
                                            ATTORNEYS FOR PNC MORTGAGE, A
                                            DIVISION OF PNC BANK, NATIONAL
                                            ASSOCIATION

| In re:<br>MILTON QUACH Debtor(s) | CHAPTER 11 |
| | CASE NUMBER 8:10-BK-22386-TA |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document described Response to Debtor's Objection to Proof of Claim #10 of PNC be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 29, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

Honorable Theodor Albert
U.S. Bankruptcy Court,
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

Milton Quach
13021 Monroe Street
Garden Grove, CA 92844

Gary L. Harre
Law Offices of Gary Harre
1940 W Orangewood Ave Ste 110
Orange, CA 92868

U.S. Trustee
United States Trustee (SA)
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

Michael J. Hauser
411 W. Fourth Street #9041
Santa Ana, CA 92701

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 29, 2010    Whitney Farrell | /s/ WHITNEY FARRELL |
| *Date*                    *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 9013-3.1**