| | |
|---|---|
| PETER C. ANDERSON<br>United States Trustee<br>Michael Hauser (Bar No.140165)<br>Attorney for the U.S. Trustee<br>Ronald Reagan Federal Building<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA  92701-8000<br>Telephone: (714) 338-3400<br>Facsimile: (714) 338-3421<br>Email:  Michael.Hauser@usdoj.gov | **FILED & ENTERED**<br><br>**FEB 07 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY daniels    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>MILTON QUACH<br><br>                              Debtor. | CASE NUMBER:  8:10-bk-22386-TA<br><br>CHAPTER 11<br><br>ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. §1112(b)<br><br><br>DATE:    JANUARY 12, 2011<br>TIME:    11:00 A.M.<br>CTRM:    5B |

A hearing on the Motion by the United States Trustee for Region 16 ("U.S. Trustee") to Dismiss or Convert Case Pursuant to 11 U.S.C. §1112(b) was held by the Court on January 12, 2011 at 11:00 a.m.  All appearances are as reflected on the record.

Based upon all pleadings and papers on file in this matter:

//

//

//

1 | **IT IS HEREBY ORDERED THAT** the case is dismissed.

###

DATED: February 7, 2011

*Theodor C. Albert*
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. SECTION 1112(b)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***JANUARY 24, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Richard J Bauer    rbauer@mileslegal.com
- Mark Domeyer    mdomeyer@mileslegal.com
- Nichole Glowin    nglowin@wrightlegal.net, bkgroup@wrightlegal.net
- Gary L Harre    ghcmecf@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Ramesh Singh    claims@recoverycorp.com
- Eric J Testan    ecfcacb@piteduncan.com
- Linh K Tran    bline.chapter13@blinellc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Milton Quach, 13021 Monroe St, Garden Grove, CA 92844

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Cyrus C Chen
Jeffrey S. Gerardo
Kutak Rock LLP
18201 Von Karman Ste 1100
Irvine, CA 92612

Nicole K Neff
Wright, Finlay & Zak, LLP
4665 MacArthur Ct Ste 280
Newport Beach, CA 92660

☐ Service information continued on attached page